IN THE UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| COWLING STORAGE COMPANY.<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:19-cv-00066 |
| | § | |
| UNITED FIRE & CASUALTY COMPANY<br>*Defendants.* | §<br>§<br>§ | |

### **JOINT NOTICE TO THE COURT REGARDING SETTLEMENT**

The parties submit this joint notice stating that they have reached a settlement in this case.

Respectfully submitted,

MCCLENNY MOSELEY & ASSOCIATES, PLLC

By:   */s/ Aaron Arenas*
       Sean M. Patterson
       State Bar No. 24073546
       Aaron J. Arenas
       State Bar No. 24103826
       J. Zachary Moseley
       State Bar No. 24092863
1415 Louisiana Street, Suite 2900
Houston, TX 77002
Telephone:   713-334-6121
Facsimile:   713-322-5953
Email:   sean@mma-pllc.com
           zack@mma-pllc.com
           aaron@mma-pllc.com
Counsel for Plaintiff

GAUNTT KOEN BINNEY & KIDD, LLP

By: /s/ *Mark W. Schilling*
    Mark W. Schilling
    State Bar No. 24067181
    J. Chad Gauntt
    State Bar No. 07765990
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone:    281-367-6555
Facsimile:    281-367-3705
Email: mark.schilling@gkbklaw.com
    chad.gauntt@gkbklaw.com
Counsel for Defendant

2