IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| COWLING STORAGE COMPANY<br>   *Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:19-cv-00066-C |
| | § | |
| UNITED FIRE & CASUALTY COMPANY<br>   *Defendant.* | §<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL

COMES NOW, Cowling Storage Company and United Fire & Casualty Company, and respectfully file this their Agreed Stipulation of Dismissal, and respectfully show as follows:

1. IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party is to bear its own costs and fees.

**August 20, 2021.**

FOR THE PLAINTIFF:

By:   */s/ Aaron J. Arenas*
    SEAN M. PATTERSON
      STATE BAR NO. 24073546
      AARON J. ARENAS
      STATE BAR NO. 24103826
      JAMES M. MCCLENNY
      STATE BAR NO. 24091857
      J. ZACHARY MOSELEY
      STATE BAR NO. 24092863
    1415 LOUISIANA STREET, 29TH FLOOR
    HOUSTON, TX 77002
    TELEPHONE:   713-334-6121
    FACSIMILE:   713-322-5953
    EMAIL:  SEAN@MMA-PLLC.COM
      EMAIL: AARON@MMA-PLLC.COM
      EMAIL: JAMES@MMA-PLLC.COM
      EMAIL: ZACH@MMA-PLLC.COM

    COUNSEL FOR PLAINTIFF
    COWLING STORAGE COMPANY

FOR THE DEFENDANT:

By:  */s/ Mark W. Schilling*
    Mark W. Schilling
    State Bar No. 24067181
    J. CHAD GAUNTT
    STATE BAR NO. 07765990
    FEDERAL ID: 14135
    EMAIL:
    CHAD.GAUNTT@GKBKLAW.COM
    mark.schilling@gkbklaw.com
    GAUNTT KOEN BINNEY & KIDD, LLP
    25700 I-45 NORTH, SUITE 130
    SPRING, TEXAS 77386
    TELEPHONE:   281-367-6555
    FACSIMILE:   281-367-3705

    ***ATTORNEY FOR DEFENDANT***