UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| COWLING STORAGE COMPANY, | |
| Plaintiff, | |
| v. | No. 5:19-CV-066-H |
| UNITED FIRE & CASUALTY COMPANY, | |
| Defendant. | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 73. The Joint Stipulation is approved. It is ordered that Cowling Storage Company's claims against United Fire & Casualty Company are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorney's fees.

So ordered on August 26, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE